■ ICON MOTORS, INC., Respondent, v EMPIRE STATE DATSUN, INC., et al., Appellants.—Appeal by the defendants from an order of the Supreme Court, Rockland County, entered June 6, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Kelly in his memorandum decision at the Supreme Court. Mangano, J. P., Thompson, Lawrence and Kunzeman, JJ., concur.